## SWAIN v. THE STATE.

ATKINSON, J.   1. Considered in connection with all of the testimony of
the sheriff, who gave evidence of a confession made by the accused to
him, it was not error to admit the confession.

2. The charge complained of in the second amended ground of the mo-
tion for new trial was not subject to the criticism that it was not
authorized by the evidence, or that it excluded from the consideration
of the jury the doctrine of self-defense, or that of reasonable fears.

3. The charge of the court excepted to in the third and fourth amended
grounds of the motion for new trial, relative to the right of a father
to take the life of one discovered by him in the act of debauching his
minor daughter, where the killing was necessary to prevent the of-
fense, was in accord with the ruling made in the case of Gossett v.
State, 123 Ga. 431 (51 S. E. 394).

4. There was evidence sufficient to authorize the instruction on the sub-
ject of incriminating statements of the accused.

5. The provisions of the Penal Code, § 75, were not applicable to any
theory of defense developed by the evidence or the statement of the
accused.

6. Under the evidence and the statement of the accused, the law of in-
voluntary manslaughter was not involved.

7. The evidence was sufficient to support the verdict, and there was no
error in overruling the motion for new trial.

*Judgment affirmed.    All the Justices concur.*

OCTOBER 11, 1910.

Indictment for murder.   Before Judge Martin.   Montgomery
superior court.   April 8, 1910.

*W. B. Kent* and *John R. Cooper,* for plaintiff in error.

*John C. Hart, attorney-general,* and *E. D. Graham, solicitor-
general,* contra.